

# Fourth Court of Appeals
## San Antonio, Texas

July 21, 2021

No. 04-21-00244-CV

**IN RE ELECTRIC RELIABILITY COUNCIL OF TEXAS, INC.**, and William L. Magness,

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2021CI04574
Honorable Solomon Casseb, III, Judge Presiding

# O R D E R

The Relators' Motion for Extension of Time to file Motion for Rehearing is hereby GRANTED. The relators' motion for rehearing is due on or before August 5, 2021.

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of July, 2021.



_____
MICHAEL A. CRUZ, Clerk of Court